UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DELAWARE CAPITAL FORMATION, INC., and CPI PRODUCTS, INC., a Delaware corporation, | )<br>) Case No. 5:09-CV-12745-JCO-MKM<br>)<br>) |
| Plaintiffs, | ) Hon. John Corbett O'Meara<br>) Hon. Mona K. Majzoub |
| v. | )<br>) |
| NORGREN AUTOMATION SOLUTIONS, INC., a Delaware corporation, | )<br>)<br>)<br>) |
| Defendant. | ) |

George T. Schooff (P45596)
David P. Utykanski (P47029)
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Suite 200
Troy, Michigan 48098
Attorneys for Plaintiffs

Todd L. Moore (P45472)
Marshall G. MacFarlane (P27296)
Craig A. Redinger (P68794)
Young Basile Hanlon & MacFarlane, P.C.
301 East Liberty Street, Suite 680
Ann Arbor, Michigan 48104
Attorneys for Defendant
_____/

### STIPULATED ORDER FOR A STAY OF THE PROCEEDINGS TO FACILITATE SETTLEMENT

I. GROUNDS FOR RELIEF

Plaintiffs Delaware Capital Formation, Inc. and CPI Products, Inc. and Defendant Norgren Automation Solutions Inc. have come to an agreement in principle regarding settlement of the above-noted matter. In order to facilitate the drafting and approval of a settlement agreement, the parties are requesting a stay of the proceedings. The stay should include all discovery motions and court docketed matters, including the Claim Construction hearing scheduled for August 5, 2010, and the Motion to Compel hearing scheduled for August 4, 2010.

In the event that the parties are unable to agree on a final settlement agreement, the parties will notify and request this Court to lift the stay and reinstitute the proceedings. If a final settlement agreement is executed, the case will be disposed of accordingly.

II. STIPULATION

The parties hereby stipulate to entry of the below order.

| s/with consent of George T. Schooff | s/Todd L. Moore |
|---|---|
| George T. Schooff (P45596) | Todd L. Moore (P45472) |
| HARNESS, DICKEY & PIERCE, P.L.C. | Young Basile Hanlon & MacFarlane, P.C. |
| 5445 Corporate Drive, Suite 200 | 301 East Liberty Street, Suite 680 |
| Troy, Michigan 48098 | Ann Arbor, Michigan 48104 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Dated: July 29, 2010 | Dated: July 29, 2010 |

III. ORDER

IT IS HEREBY ORDERED that the above-noted case is stayed to facilitate settlement.

Date: August 5, 2010

s/John Corbett O'Meara
United States District Judge

2